IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

**CASE NO 22-01014**

**WANDA IVETTE COLON RODRIGUEZ**       **CHAPTER: 13**
*DEBTOR*

**FIRSTBANK PUERTO RICO**
*MOVANT*

## NOTICE OF APPEARANCE

**COMES NOW**, secured creditor **FIRSTBANK PUERTO RICO**, through the undersigned, and very respectfully **STATES, ALLEGES** and **PRAYS** as follow**:**

1. FIRSTBANK PUERTO RICO, a creditor in the above captioned case, has appointed Wendell Colon Law Office, to represent it in all proceedings pending before this Honorable Court relative to the instant case.

2. Consequently, FIRSTBANK PUERTO RICO, I hereby request that all notice required to be issued in this case pursuant to rules 2002 of the Federal Rules Of Bankruptcy Procedure and a copy of all documents which may be filled, including a copy of Debtor`s plan, amendments to plans and motions filed herein by any party be served on FIRSTBANK PUERTO RICO through the undersigned counsel.

3. The appearing creditor wishes to be notified of all pertinent documents and notices for hearing in the instant proceedings through the undersigned counsel at the address of record below.

**WHEREFORE**, it is respectfully requested that the master address list be amended to include the undersigned counsel and that pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, and that all notices, and documents filed in the instant case be served upon the undersigned counsel.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that this 6th of June of 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to all participants of the CM/ECF system, including the Chapter 13 Trustee Jose Ramon Carrion Morales, and to Debtor's counsel of record.

In Ponce, Puerto Rico, this 6th of June of 2022.

**MARJALIISA COLON-VILLANUEVA**
**Federal Bar No. 228002**
**BPO Box 7970**
**Ponce, Puerto Rico 00732**
Tel. 787-843-4168
Fax 787-840-1049
Email marjaliisacolon@gmail.com
   mcolon@wwclaw.com
S/ MARJALIISA COLON-VILLANUEVA

2