Certificate Number: 00477-PR-DE-036598544

Bankruptcy Case Number: 22-01014


00477-PR-DE-036598544

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 6, 2022, at 7:00 o'clock PM AST, Wanda Ivette Colon Rodriguez completed a course on personal financial management given by telephone by The Kingdom Ministries, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Puerto Rico.

Date: June 6, 2022

By: /s/Renee Holmes

Name: Renee Holmes

Title: OFFICE ADMINISTRATOR